UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

STEPHEN M SWINFORD,

     Plaintiff,

v.                                                                  Case No: 8:21-cv-2993-MSS-JSS

360 BOOTH INC. and JAY G
SMITHWECK,

     Defendants.

_____

## ORDER

**THIS CAUSE** comes before the Court *sua sponte*. On August 3, 2023, Attorney Eric P. Mirabel e-mailed a written correspondence to the Court attempting to supplement matters addressed at the August 2, 2023 hearing. It is improper to correspond directly with a United States District or Magistrate Judge. They will not, as a matter of policy, respond to personal correspondence when it pertains to a case. This policy is in keeping with their sworn duty to maintain complete impartiality in the exercise of their judicial duties. Accordingly, their decisions and opinions are only delivered in response to those legal instruments filed with the Clerk's Office in accordance with governing rules of procedure. Moreover, Local Rule 3.01(j) prohibits unauthorized correspondence addressed or presented to the Court in the form of a letter, email or the like.

Accordingly, it is hereby **ORDERED** that the correspondence will be **DISREGARDED AS INAPPROPRIATE** and will not be considered. As the Court indicated at the hearing, a written Order summarizing the Court's rulings is forthcoming, and any request for clarification or challenge in response to that Order, if necessary, should be submitted in the form of a motion after proper conferral with opposing counsel, as required by the Local Rules.

**DONE** and **ORDERED** in Tampa, Florida, this 4th day of April 2022.

_____
MARY S. SCRIVEN
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel of Record
Any Unrepresented Person

2