EXHIBIT LIST 7.2.24

## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

STEPHEN M. SWINFORD,

    Plaintiff,

v.

    Case No. 8:21-cv-02993-MSS-JSS

360BOOTH INC. AND JAY G.
SMITHWECK,

    Defendants.

## PLAINTIFF'S EXHIBIT LIST FOR TRIAL ON AUGUST 5, 2024

| Exhibit No. (PX) | Date Identified | Date Admitted | Witness | Objections Stipulated Admissions[1] | Description of Exhibit |
|---|---|---|---|---|---|
| 1 | 8/6/24 | 8/6/24 | | A | 03/09/2010 Swinford US Provisional Patent Application Serial No. 61/311,875 |

---

[1] Type "A" in this column to identify exhibits to be received in evidence by agreement, otherwise, specifically state each objection to each opposed exhibit.

| | | | | | | |
|---|---|---|---|---|---|---|
| 2 | | | | | PLNTF requests Stipulation that all statements in Smithweck 26-1 affidavit are true. Defendants do not agree to the stipulation request. Objections: FRE 402 (relevance), FRE 802 (hearsay). | Smithweck Affidavit, Dkt. 26-1 |
| 3 | | | | | PLNTF requests Stipulation that these are production drawings of the MotoFoto360 Defendants do not agree to the stipulation request. Objections: FRE 402, FRE 802, FRE 901 (authenticity). | 01/31/2011 PLNTF production drawings of MotoFoto360 [Swinford First Document Production Nos.000292-303] |
| 4 | | | | | A | 03/09/2011 PLNTF US Utility Patent applications relating to 'MotoFoto360', which became, respectively, the '320, '321 and '785 patents. |
| | | | | | | |

¹ Type "A" in this column to identify exhibits to be received in evidence by agreement, otherwise, specifically state each objection to each opposed exhibit.

| | | | | | |
|---|---|---|---|---|---|
| 5 | | | | PLNTF requests removal of Highly Confidential designation Objections: FRE 402, FRE 802. | **Highly Confidential** 09/12/2011 email from DFNTDT Smithweck to Sonic (Filanowitz) |
| 6 | | | | A | 09/15/2011 publication of PLNTF Swinford patent application **US20110221904** (later granted as the '320 patent) |
| 7 | 8/6/24 | 8/6/24 | | A | 09/15/2011 publication of PLNTF Swinford patent application US20110221905 (later granted as the '321 patent) |
| 8 | | | | A | 09/15/2011 publication of PLNTF Swinford patent application US20110221903 (later granted as the '785 patent) |

Type "A" in this column to identify exhibits to be received in evidence by agreement, otherwise, specifically state each objection to each opposed exhibit.

| | | | | | |
|---|---|---|---|---|---|
| 9 | | | | Objections: FRE 402, FRE 802, FRE 901. | 01/06/2012 Sonic-Swinford email string re Sonic purchase of PLNTF's Motofoto360 |
| 10 | | | | Objections: no bates label, not timely produced, FRE 402, FRE 802, FRE 901. | 02/09/2012 Smithweck email to Sonic (Filanowitz) |
| 11 | | | | Objections: no bates label, not timely produced, FRE 802, FRE 901. | 02/10/2012 PLNTF Canadian patent application CA2767917A1 and filing documents |
| 12 | | | | Objections: FRE 402, FRE 802, FRE 901. Defendants stipulate to removal of highly confidential designation. | Highly Confidential 03/12/2012 email Carolyn Cross (Lone Star Chevrolet) email to Sonic personnel re DFNDNT Smithweck's previously installed photobooth |
| 13 | 8/6/24 | 8/6/24 | | PLNTF requests removal of Highly Confidential designation. Defendants stipulate to removal. | Highly Confidential 03/31/2012 email from Smithweck to Sonic (Joe Filanowitz): |

Type "A" in this column to identify exhibits to be received in evidence by agreement, otherwise, specifically state each objection to each opposed exhibit.

| | | | | | |
|---|---|---|---|---|---|
| 14 | 8/6/24 | 8/6/24 | | PLNTF requests removal of Highly Confidential designation Objections: FRE 402, FRE 802. Defendants stipulate to removal of highly confidential designation. | Highly Confidential photo of stabilizer for wheels on track |
| 15 | 8/6/24 | 8/6/24 | | A | 05/27/2012 Email from DEFENDANT Smithweck to PLNTF with statements: "PLEASE don't share these pictures or attachments" and "PLEASE DON'T SHARE" |
| 16 | | | | Objections: No bates label, not timely produced. FRE 402, FRE 802, FRE 901. | 05/23/2012 Autoexact.com website screenshot offering for sale of Photo Booth Studio for auto dealers |
| 17 | | | | Objections: Bates label not legible, FRE 402, FRE 802, FRE 901. | 09/11/2012 Mannheim-Swinford email re sending videos from PLNTF's first MotoFoto360 booth installation in Birmingham, Alabama |

¹ Type "A" in this column to identify exhibits to be received in evidence by agreement, otherwise, specifically state each objection to each opposed exhibit.

| 18 | | | | Objections: No bates label, not timely produced. FRE 402, FRE 802, FRE 901. | Video of MotoFoto360 studio operating on 09/06/2012 |
|---|---|---|---|---|---|
| 19 | | | | Objections: No bates label, not timely produced. FRE 402, FRE 802, FRE 901. | Video of MotoFoto360 studio operating on 09/06/2012 |
| 20 | | | | Objections: No bates label, not timely produced. FRE 402, FRE 901. | Still from MotoFoto360 studio operating video on 09/06/2012 |
| 21 | | | | Objections: No bates label, not timely produced. FRE 402, FRE 901. | Still from MotoFoto360 studio operating video on 09/06/2012 |

¹ Type "A" in this column to identify exhibits to be received in evidence by agreement, otherwise, specifically state each objection to each opposed exhibit.

| 22 | | | | Objections: FRE 402, FRE 901. | 09/14/2012 PLNTF MotoPhoto360 website screenshot |
|---|---|---|---|---|---|
| 23 | | | | Objections: No bates label, not timely produced. FRE 402, FRE 802, FRE 901. | 09/09/2012 Screenshot from Canadian Intellectual Office (Swinford Canadian patent application CA2767917A1 open to public inspection) |
| 24 | | | | Objections: No bates label, not timely produced. Will remove objection if bates labeled version showing timely production is provided. | 09/19/2012 Website inquiry with screenshot of Defendant's website |
| 25 | | | | A | 09/19/2012 Autoexact.com email response |

¹ Type "A" in this column to identify exhibits to be received in evidence by agreement, otherwise, specifically state each objection to each opposed exhibit.

| 26 | | | | Objections: No bates label, not timely produced. FRE 402, FRE 901. | Exhibit Dkt. 26-6 (photos) |
|---|---|---|---|---|---|
| 27 | | | | Objections: No bates label, not timely produced. FRE 402, FRE 802, FRE 901. | 05/16/2014 Autoexact Website Screenshot |
| 28 | | | | A | 06/30/2014 PLNTF SECOND provisional application 62/018,710 |
| 29 | | | | Objections: No bates label, not timely produced. Will remove objection if bates labeled version showing timely production is provided. | 08/12/2014 Defendant Smithweck patent application and filing DOCUMENTS for Serial No. 14/457,496 (later issued as US 9,046,740) |

' Type "A" in this column to identify exhibits to be received in evidence by agreement, otherwise, specifically state each objection to each opposed exhibit.

| | | | | | |
|---|---|---|---|---|---|
| 30 | | | | Objections: No bates label, not timely produced. FRE 402, FRE 802. | 08/12/2014 Defendant Smithweck request to Patent Office for non-publication of his '496 patent application |
| 31 | | *8/6/24* | | Objections: No bates label, not timely produced. FRE 402, FRE 802. | 08/14/2014 Defendant Smithweck "Information Disclosure Statement" filed with USPTO |
| 32 | | | | A | 09/05/2014 PLNTF Swinford files US utility patent application Publication No. 20150077564A1 (now US 9,438,864 i.e., the '864 patent) |
| 33 | | | | Objections: No bates label, not timely produced. FRE 402. | Kephart US Patent No. 4,236,795 |

¹ Type "A" in this column to identify exhibits to be received in evidence by agreement, otherwise, specifically state each objection to each opposed exhibit.

| 34 | | | | Objections: No bates label, not timely produced. FRE 402. | Longo US patent application Publication No. 2004/0183803 |
|---|---|---|---|---|---|
| 35 | | | | Objections: No bates label, not timely produced. FRE 402. | Imanishi US Patent No. 5,726,705 |
| 36 | | | | Objections: No bates label, not timely produced. FRE 402. | Lee US utility patent application Publication No. 2007/0114345 |
| 37 | | | | A | US Pat. No. 8,830,320 |

> Type "A" in this column to identify exhibits to be received in evidence by agreement, otherwise, specifically state each objection to each opposed exhibit.

| 38 | | | | A | US Pat. No. 8,830,321 |
|---|---|---|---|---|---|
| 39 | | | | A | US Pat. No. 8,836,785 |
| 40 | | | | Objections: No bates label, not timely produced. FRE 402, FRE 802, FRE 901 | Jan. 17, 2015 Exhibit Dkt. 26-11 |
| 41 | | | | Objections: No bates label, not timely produced. FRE 402, FRE 802, FRE 901 | DD22 Digital Dealers' press release |

¹ Type "A" in this column to identify exhibits to be received in evidence by agreement, otherwise, specifically state each objection to each opposed exhibit.

Case 8:21-cv-02993-MSS-UAM   Document 201-1   Filed 07/15/24   Page 13 of 27 PageID 15003

| 42 | | | | Objections: FRE 402, FRE 802, FRE 901 | DD18 Poster |
|---|---|---|---|---|---|
| 43 | | | | Objections: FRE 402, FRE 802, FRE 901 | 03/15/2015 PLNTF Facebook post |
| 44 | | | | A | 03/19/2015 US Patent Application Publication No. 20150077564A1 (later granted as US Pat. No. 9,438,864 i.e., the '864 patent) |
| 45 | | | | A | US 9,438,864 |

ᵗ Type "A" in this column to identify exhibits to be received in evidence by agreement, otherwise, specifically state each objection to each opposed exhibit.

| | | | | | |
|---|---|---|---|---|---|
| 46 | | | | A | 09/05/2016 Filing receipt and Notice of Missing Parts for PLNTF Swinford US Patent Application Serial No. 15/256,650 (became '369 Patent) and US Patent Application Serial No. 15/256,649 (later abandoned) |
| 47 | | | | Objections: No bates label, not timely produced. Will remove objection if bates labeled version showing timely production is provided. | 11/04/2016 email from Swinford to Mirabel |
| 48 | | | | Objections: FRE 402, FRE 802. | Exhibit Dkt. 60-4 |
| 49 | | | | Objections: No bates label, not timely produced. FRE 402, FRE 802, FRE 901. | Exhibit Dkt. 26-12 |

¹ Type "A" in this column to identify exhibits to be received in evidence by agreement, otherwise, specifically state each objection to each opposed exhibit.

Case 8:21-cv-02993-MSS-UAM   Document 201-1   Filed 07/15/24   Page 15 of 27 PageID 15005

| 50 | | | | Objections: No bates label, not timely produced. FRE 402, FRE 802, FRE 901. | Screenshot from the NADA website |
| 51 | | | | Objections: No bates label, not timely produced. FRE 402, FRE 802, FRE 901. | Dkt. 134-26 |
| 52 | | | | Objections: FRE402. | 360Booth Facebook post |
| 53 | | | | Objections: No bates label, not timely produced. | 04/19/2017 email from Eric Mirabel to Mr. Swinford |
| 54 | | | | A | 02/23/2018 Eric Mirabel email to Mr. Swinford |

· Type "A" in this column to identify exhibits to be received in evidence by agreement, otherwise, specifically state each objection to each opposed exhibit.

Case 8:21-cv-02993-MSS-UAM   Document 201-1   Filed 07/15/24   Page 16 of 27 PageID 15006

| | | | | | |
|---|---|---|---|---|---|
| 55 | | | | A | 09/22/2018 Eric Mirabel email to Mr. Swinford |
| 56 | | | | A | 06/3/2020 epetition to revive '320 patent |
| 57 | | | | A | 06/3/2020 epetition to revive '321 patent |

· Type "A" in this column to identify exhibits to be received in evidence by agreement, otherwise, specifically state each objection to each opposed exhibit.

Case 8:21-cv-02993-MSS-UAM   Document 201-1   Filed 07/15/24   Page 17 of 27 PageID 15007

| 58 | | | | A | 06/3/2020 epetition to revive '785 patent |
| 59 | | | | A | 6/3/2020 PTO grant of online epetition to revive the '320 patent |
| 60 | | | | A | 6/3/2020 PTO grant of online epetition to revive the '321 patent |

---

· Type "A" in this column to identify exhibits to be received in evidence by agreement, otherwise, specifically state each objection to each opposed exhibit.

| | | | | | |
|---|---|---|---|---|---|
| 30 | | | | Objections: No bates label, not timely produced. FRE 402, FRE 802. | 08/12/2014 Defendant Smithweck request to Patent Office for non-publication of his '496 patent application |
| 31 | 8/6/24 | 8/6/24 | | Objections: No bates label, not timely produced. FRE 402, FRE 802. | 08/14/2014 Defendant Smithweck "Information Disclosure Statement" filed with USPTO |
| 32 | | | | A | 09/05/2014 PLNTF Swinford files US utility patent application Publication No. 20150077564A1 (now US 9,438,864 i.e., the '864 patent) |
| 33 | | | | Objections: No bates label, not timely produced. FRE 402. | Kephart US Patent No. 4,236,795 |

¹ Type "A" in this column to identify exhibits to be received in evidence by agreement, otherwise, specifically state each objection to each opposed exhibit.

| | | | | | |
|---|---|---|---|---|---|
| 34 | | | | Objections: No bates label, not timely produced. FRE 402. | Longo US patent application Publication No. 2004/0183803 |
| 35 | | | | Objections: No bates label, not timely produced. FRE 402. | Imanishi US Patent No. 5,726,705 |
| 36 | | | | Objections: No bates label, not timely produced. FRE 402. | Lee US utility patent application Publication No. 2007/0114345 |
| 37 | | | | A | US Pat. No. 8,830,320 |

⸱ Type "A" in this column to identify exhibits to be received in evidence by agreement, otherwise, specifically state each objection to each opposed exhibit.

| 38 | | | | A | US Pat. No. 8,830,321 | |
| 39 | | | | A | US Pat. No. 8,836,785 | |
| 40 | | | | Objections: No bates label, not timely produced. FRE 402, FRE 802, FRE 901 | Jan. 17, 2015 Exhibit Dkt. 26-11 | |
| 41 | | | | Objections: No bates label, not timely produced. FRE 402, FRE 802, FRE 901 | DD22 Digital Dealers' press release | |

Type "A" in this column to identify exhibits to be received in evidence by agreement, otherwise, specifically state each objection to each opposed exhibit.

| | | | | | |
|---|---|---|---|---|---|
| 42 | | | | Objections: FRE 402, FRE 802, FRE 901 | DD18 Poster |
| 43 | | | | Objections: FRE 402, FRE 802, FRE 901 | 03/15/2015 PLNTF Facebook post |
| 44 | | | | A | 03/19/2015 US Patent Application Publication No. 20150077564A1 (later granted as US Pat. No. 9,438,864 i.e., the '864 patent) |
| 45 | | | | A | US 9,438,864 |

· Type "A" in this column to identify exhibits to be received in evidence by agreement, otherwise, specifically state each objection to each opposed exhibit.

| | | | | | |
|---|---|---|---|---|---|
| 46 | | | | A | 09/05/2016 Filing receipt and Notice of Missing Parts for PLNTF Swinford US Patent Application Serial No. 15/256,650 (became '369 Patent) and US Patent Application Serial No. 15/256,649 (later abandoned) |
| 47 | | | | Objections: No bates label, not timely produced. Will remove objection if bates labeled version showing timely production is provided. | 11/04/2016 email from Swinford to Mirabel |
| 48 | | | | Objections: FRE 402, FRE 802. | Exhibit Dkt. 60-4 |
| 49 | | | | Objections: No bates label, not timely produced. FRE 402, FRE 802, FRE 901. | Exhibit Dkt. 26-12 |

Type "A" in this column to identify exhibits to be received in evidence by agreement, otherwise, specifically state each objection to each opposed exhibit.

| 50 | | | | Objections: No bates label, not timely produced. FRE 402, FRE 802, FRE 901. | Screenshot from the NADA website |
| 51 | | | | Objections: No bates label, not timely produced. FRE 402, FRE 802, FRE 901. | Dkt. 134-26 |
| 52 | | | | Objections: FRE402. | 360Booth Facebook post |
| 53 | | | | Objections: No bates label, not timely produced. | 04/19/2017 email from Eric Mirabel to Mr. Swinford |
| 54 | | | | A | 02/23/2018 Eric Mirabel email to Mr. Swinford |

Type "A" in this column to identify exhibits to be received in evidence by agreement, otherwise, specifically state each objection to each opposed exhibit.

| | | | | | |
|---|---|---|---|---|---|
| 55 | | | | A | 09/22/2018 Eric Mirabel email to Mr. Swinford |
| 56 | | | | A | 06/3/2020 epetition to revive '320 patent |
| 57 | | | | A | 06/3/2020 epetition to revive '321 patent |

· Type "A" in this column to identify exhibits to be received in evidence by agreement, otherwise, specifically state each objection to each opposed exhibit.

| | | | | | |
|---|---|---|---|---|---|
| 58 | | | | A | 06/3/2020 epetition to revive '785 patent |
| 59 | | | | A | 6/3/2020 PTO grant of online epetition to revive the '320 patent |
| 60 | | | | A | 6/3/2020 PTO grant of online epetition to revive the '321 patent |

---

¹ Type "A" in this column to identify exhibits to be received in evidence by agreement, otherwise, specifically state each objection to each opposed exhibit.

| 61 | | | | A | 6/3/2020 PTO grant of online epetition to revive the '785 patent |
|----|---|---|---|---|---|
| 62 | | | | A | 06/02/2020 screenshot of PTO website instructions for reinstatement |
| 63 | 8/5/24 | 8/5/24 | | A<br><br>Admitted by Defense | 12/23/2020 USPTO Form PTO/SB/66 |

_____

Type "A" in this column to identify exhibits to be received in evidence by agreement, otherwise, specifically state each objection to each opposed exhibit.

| 64 |  |  |  | A | 06/02/2020 USPTO Form PTO/SB/66 |
| 65 |  |  |  | A | 07/28/2022 Petition for Benefit of Earlier Filing Date for Plaintiff's '650 Application |
| 66 |  |  |  | A | 810/28/2022 email to USPTO re '650 Application to case.resolution@uspto.gov |

· Type "A" in this column to identify exhibits to be received in evidence by agreement, otherwise, specifically state each objection to each opposed exhibit.

| | | | | | |
|---|---|---|---|---|---|
| 67 | | | | A | 10/18/2022 PLNTF Swinford Information Disclosure Statement in application later issued as the '369 patent [disclosing Smithweck '740 patent, Defendants' Preliminary Invalidity Contentions (Dkt. 68) and all 41 patents and applications cited therein] |
| 68 | | | | A | US Patent No. 11,570,369 |

¹ Type "A" in this column to identify exhibits to be received in evidence by agreement, otherwise, specifically state each objection to each opposed exhibit.

| | | | | | |
|---|---|---|---|---|---|
| 69 | | | | Objections: No bates label, not timely produced. FRE402. | 01/24/2023 Filing receipt and IDS for PLNTF Swinford files the application 18/100,652 (that becomes US Pat No. 11,778,328) |
| 70 | | | | A | US Patent No. 11,778,328 |
| 71 | 8/6/24 | 8/6/24 | | A | Dkt. 138, pp. 32-33 |
| 72 | | | | Objections: No bates label, not timely produced. FRE402, FRE 802, FRE 901. | 05/01/2024 credit card statement |

---

Type "A" in this column to identify exhibits to be received in evidence by agreement, otherwise, specifically state each objection to each opposed exhibit.

| | | | | | |
|---|---|---|---|---|---|
| 73 | | | | Objections: No bates label, not timely produced. FRE402, FRE 802, FRE 901. | 05/08/2024 invoice from Tenorshare |
| 74 | | | | Objections: No bates label, not timely produced. FRE402, FRE 802, FRE 901. | 05/10/2024 and 5/11/2024 emails from Eric Mirabel to Tenorshare |
| 75 | | | | Objections: No bates label, not timely produced. FRE402, FRE 802, FRE 901. | 6/12/2024 email from Tenorshare to Mr. Mirabel |
| 76 | | | | Objections: No bates label, not timely produced. FRE402, FRE 802, FRE 901. | 2018 to 2020 T-bill rates |

Type "A" in this column to identify exhibits to be received in evidence by agreement, otherwise, specifically state each objection to each opposed exhibit.

| | | | | | |
|---|---|---|---|---|---|
| 77 | | | | Objections: No bates label, not timely produced. FRE402. | 04/24/2013 Facebook post from Autoexact |
| 78 | | | | A | Forward to USPTO "Manual of Patent Examining Procedure" |
| 79 | | | | Objections: No bates label, not timely produced. | 03/16/2015 Swinford Facebook post |
| 80 | | | | A | US Patent No. 9,046,740 |

¹ Type "A" in this column to identify exhibits to be received in evidence by agreement, otherwise, specifically state each objection to each opposed exhibit.

| | | | | | |
|---|---|---|---|---|---|
| 81 | | | | Objections: FRE402, FRE901. | 01/25/2017 Autoexact Facebook post |
| 82 | 8/6/24 | 8/6/24 | | A | Demonstrative Exhibit: '320 and '321 Patent Prosecution Timeline |
| 83 | | | | A | Demonstrative Exhibit: '864 Patent Prosecution Timeline |
| 84 | | | | A | Demonstrative Exhibit: '369 Patent Prosecution Timeline |

---

¹ Type "A" in this column to identify exhibits to be received in evidence by agreement, otherwise, specifically state each objection to each opposed exhibit.

| 85 |  |  |  | A | DX81 ('320 File History) |
|----|--|--|--|---|--------------------------|
| 86 |  |  |  | A | DX82 ('321 File History) |
| 87 |  |  |  | A | DX83 ('369 File History) |
| 88 |  |  |  | A | DX92 ('740 File History) |

---

· Type "A" in this column to identify exhibits to be received in evidence by agreement, otherwise, specifically state each objection to each opposed exhibit.

| 89 | | | | A | Dx94 ('864 File History) |
|---|---|---|---|---|---|
| 90 | | | | Objections: No bates label, not timely produced. FRE 402, FRE 802, FRE 901. | Defendants' Summary Judgment Opposition paper (Dkt. 170) |
| 91 | | | | A | July 27 2022 email from Mirabel to Swinford |
| 92 | | | | A | 11/11/2023 E. Mirabel deposition errata sheet |

---

⸱ Type "A" in this column to identify exhibits to be received in evidence by agreement, otherwise, specifically state each objection to each opposed exhibit.

| 93 | | | | Defendants have no objections to their own exhibits but are concerned regarding using one exhibit number for multiple exhibits. | All of Defendants' exhibits 1-158 not incorporated in PX 1-91 above |
| 94 | | | | A | Demonstrative Exhibit: 9.6.2018 USPTO Website |

¹ Type "A" in this column to identify exhibits to be received in evidence by agreement, otherwise, specifically state each objection to each opposed exhibit.