**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

Stephen M. Swinford
    Plaintiff,

          **Case No:** 8:21-cv-02993-MSS

v.

                                     _____   Evidentiary

360Booth Inc. and Jay G. Smithweck     XX___   Trial

    Defendant(s), __XX____                   _____   Other

_____/

# EXHIBIT LIST

| Exhibit No. (DX)[1] | Date Identified | Date Admitted | Witness | Objections/Stipulated Admissions[2] | Description of Exhibit |
|---|---|---|---|---|---|
| 1 | | AUG 05 2024 | | FRE 402 | 1/31/2016 Mirabel Invoice (SWNFD4TH001848) |
| 2 | | AUG 05 2024 | | FRE 402 | 3/31/2016 Mirabel Invoice (SWNFD4TH001925) |
| 3 | | AUG 05 2024 | | FRE 402 | 6/1/2016 Mirabel Invoice (SWNFD4TH001924) (Dkt. 170-2) |
| 4 | | AUG 05 2024 | | FRE 402 | 6/30/2016 Mirabel Invoice (SWNFD4TH001927) |
| 5 | | AUG 05 2024 | | FRE 402 | 10/2/2016 Mirabel Invoice (SWNFD4TH001928) |
| 6 | | AUG 05 2024 | | FRE 402 | Woodforest National Bank Statement, August through September 2016 (SWNFD4THBANK000107) |

---

[1] Defendants note the use of demonstratives on this list with a (DD) notation. These demonstratives will not be entered into evidence but have been included on this list to show that they were shared with Plaintiff by the Joint Pretrial Statement deadline.

[2] Type "A" in this column to identify exhibits to be received in evidence by agreement, otherwise, specifically state each objection to each opposed exhibit.

| Exhibit No. (DX)[1] | Date Identified | Date Admitted | Witness | Objections/Stipulated Admissions[2] | Description of Exhibit |
|---|---|---|---|---|---|
| 7 | AUG 05 2024 | | | FRE 402 | Woodforest National Bank Statement September through October 2016 (SWNFD4THBANK000108) |
| 8 | AUG 05 2024 | | | FRE 402/403 | Woodforest National Bank Statement, October through November 2016 (SWNFD4THBANK000104) |
| 9 | AUG 05 2024 | | | FRE 402/403 | Woodforest National Bank Statement November through December 2016 (SWNFD4THBANK000105) |
| 10 | AUG 05 2024 | | | FRE 402/403 | Woodforest National Bank Statement December 2016 through January 2017 (SWNFD4THBANK000106) |
| 11 | AUG 05 2024 | | | FRE 402/403 | Woodforest National Bank Statement January through February 2017 (SWNFD4THBANK000177– 185 ) |
| 12 | AUG 05 2024 | | | FRE 402/403 | 2016 Chase Bank Statements (SWNFD4THBANK000109 - 166) |
| 13 | AUG 05 2024 | | | FRE 402/403 | Edward Jones Bank Account information (SWNFD4THBANK000167 - 170) |
| 14 | AUG 05 2024 | | | FRE 402/403 | 8/18/2023 Swinford Email to Mirabel re: Edward Jones Bank Account information (SWNFD4THBANK000171 - 173) |
| 15 | AUG 05 2024 | | | FRE 402/403 | 1/28/2016 Email from Mirabel to Swinford re: Canadian maintenance fees (SwndFirstSupp000552 - 554) |
| 16 | AUG 05 2024 | | | A | 9/5/2016 15/256,60 Application Filing Receipt (360BOOTH-PA0003033 – 3034) (Dkt. 170-3) |
| 17 | AUG 05 2024 | | | A | 9/16/2016 USPTO Letter to Mirabel Regarding Notice to File Missing Parts of Nonprovisional Application (360BOOTH-PA0003002 – 3003) (Dkt. 170-4) |

| Exhibit No. (DX)[1] | Date Identified | Date Admitted | Witness | Objections/Stipulated Admissions[2] | Description of Exhibit |
|---|---|---|---|---|---|
| 18 | AUG 05 2024 | | | FRE 402 | 1/4/2017 Email from Mirabel to Swinford re: Canadian maintenance fees (SwndFirstSupp000557 – 558) |
| 19 | AUG 05 2024 | | | FRE 402 (re DX18 in email chain) | 11/6/2016 Email from Mirabel to Swinford re: Canadian Patent Application and outstanding bill (SwinfordFirst 00156 - 158) (Dkt. 170-5) |
| 20 | AUG 05 2024 | | | FRE 402 | 7/13/2014 Email from Mirabel to Swinford re: patent matters and Mirabel Invoice 6291 (SwndFirstSupp000531) |
| 21 | AUG 05 2024 | | | A | 1/14/17 Email from Mirabel to Swinford re: Expiration of Term to Pay And Maintain Application |
| 22 | AUG 05 2024 | | | FRE 402 | 1/9/2017 Email from Mirabel to Swinford and Bereskin Parr attorneys re: continuation of Canadian patent application (SwinfordFirstSupp000582-583) |
| 23 | AUG 05 2024 | | | FRE 402 | 1/26/2017 Email from Mirabel to Swinford and Bereskin Parr attorneys re: continuation of Canadian patent application (SwinfordFirstSupp000579-580) |
| 24 | AUG 05 2024 | | | FRE 402 | 1/31/2017 Email from Robinson to Swinford re: continuation of Canadian patent application (SwinfordFirstSupp000580-581) |
| 25 | AUG 05 2024 | | | FRE 402 | 2/8/17 Email from Robinson to Swinford re: continuation of Canadian patent application (SwinfordFirstSupp000589-591) |
| 26 | AUG 05 2024 | | | FRE 402 | 2/15/17 Email from Mirabel to Swinford re: abandonment of Canadian patent (SwinfordFirstSupp000586) |
| 27 | AUG 05 2024 | | | FRE 402 | 4/12/2017 Swinford Travel Receipts to Charlotte (Swndsecond001069 – 1073) |

| Exhibit No. (DX)[1] | Date Identified | Date Admitted | Witness | Objections/Stipulated Admissions[2] | Description of Exhibit |
|---|---|---|---|---|---|
| 28 | AUG 05 2024 | | | A | 5/9/2017 Notice of Abandonment for Application No. 15/256,650 (360BOOTH-PA0002996 – 2997) (Dkt. 170-6) |
| 29 | AUG 05 2024 | | | FRE 402 | 1/29/2018 Emails between Mirabel and Weaver re: Maintenance Fees (SwinfordFirstSupp000591 - 595) |
| 30 | AUG 05 2024 | | | A | 2/23/2018 Mirabel Email to Swinford re: Three US Patents Maintenance Fees (SwinfordFirstSupp00596) (Dkt. 170-7) |
| 31 | AUG 05 2024 | | | A | 7/18/2018 Mirabel Email to Swinford re: Patent Payments Due (SwinfordFirstSupp000598) (Dkt. 170-8) |
| 32 | AUG 05 2024 | | | A | 9/22/2018 Mirabel Email to Swinford re: Maintenance Fees (SWNFD4TH000129) (Dkt. 170-9) |
| 33 | AUG 05 2024 | | | A | 2/22/2020 Email from Mirabel to Swinford re: '864 maintenance fees (SwnfdThird001334) |
| 34 | AUG 05 2024 | | | A | 6/3/2020 Email from Mirabel to Swinford re: '864 maintenance fees (SwnfdThird001336) |
| 35 | AUG 05 2024 | | | A | 6/3/2020 USPTO '864 Maintenance Fee Receipt (SwnfdThird001335) |
| 36 | AUG 05 2024 | | | A | 2/16/2022 Email from Mirabel to Swinford re: maintenance fees (SwinfordFirstSupp000598 - 601) |
| 37 | AUG 05 2024 | | | A | 3/1/2022 Email from Mirabel to Swinford re: FW: patent maintenance fee (SwinfordFirstSupp000602 - 605) |

| Exhibit No. (DX)[1] | Date Identified | Date Admitted | Witness | Objections/Stipulated Admissions[2] | Description of Exhibit |
|---|---|---|---|---|---|
| 38 | AUG 05 2024 | | | A | July 2022 Swinford text message chain (SWNFD4THTEXTS000229 –232) |
| 39 | AUG 05 2024 | | | A | 7/28/2022 Declaration of Stephen Swinford Regarding Additional Information for the Petition to Revive the Application (SWNFD4TH000170 – 171) |
| 40 | AUG 05 2024 | | | A | 7/28/2022 USPTO Petition for Benefit of Earlier Filing Date (360BOOTH-PA0002969 – 2970) (Dkt. 170-10) |
| 41 | AUG 05 2024 | | | A | 7/28/2022 USPTO Petition for Revival (360BOOTH-PA0002979 – 2982) (Dkt. 170-11) |
| 42 | AUG 05 2024 | | | A | 7/28/2022 USPTO Petition to Director to Accelerate a Revival Petition (360BOOTH-PA0002971) (Dkt. 170-12) |
| 43 | AUG 05 2024 | | | A | 7/28/2022 USPTO Declaration of Stephen Swinford Regarding Additional Information for the Petition to Revive the Application (360BOOTH-PA0002994 – 2995) (Dkt. 170-13) |
| 44 | AUG 05 2024 | | | A | 7/28/2022 Swinford Text Messages re: firewall and signing on his behalf (SWNFD4THTEXT000231) |
| 45 | AUG 05 2024 | | | A | 7/28/2022 Swinford Text Messages re: signed and sent through Dropbox (SWNFD4THTEXT000232) |
| 46 | AUG 05 2024 | | | A | 8/6/2022 Swinford Text Messages (SWNFD4THTEXT000233) |

| Exhibit No. (DX)[1] | Date Identified | Date Admitted | Witness | Objections/Stipulated Admissions[2] | Description of Exhibit |
|---|---|---|---|---|---|
| 47 | AUG 05 2024 | | | A | 7/30/2022 USPTO Substitute Declaration of Stephen Swinford Regarding Additional Information for the Petition to Revive the Application (360BOOTH-PA0002965 – 2966) (Dkt. 170-14) |
| 48 | AUG 05 2024 | | | A | 7/28/2022 Email String re: Revival of Serial Number 15/256/650 and Related Emails(SWNFD4TH000172- 173) (Dkt. 170-15) |
| 49 | AUG 05 2024 | | | A | 7/28/2022 Email from Mirabel to Swinford re: documents filed to revive US application serial no. 15256650 (SWNFD4TH000174) (Dkt. 170-16) |
| 50 | AUG 05 2024 | | | A | 8/15/2022 USPTO Dismissal of Petition to Revive (360BOOTH-PA0002957 – 2982) |
| 51 | AUG 05 2024 | | | A | 8/15/2022 USPTO Declaration of Eric P. Mirabel (360BOOTH-PA0002955 – 2956) (Dkt. 170-17) |
| 52 | AUG 05 2024 | | | A | 8/15/2022 USPTO Request for Reconsideration of Dismissal of Petition to Revive (360BOOTH-PA0002947 – 2949) (Dkt. 170-18) |
| 53 | AUG 05 2024 | | | A | 8/15/2022 USPTO Revised Petition for Benefit of Earlier Filing Date (360BOOTH-PA0002943 – 2944) (Dkt. 170-19) |
| 54 | AUG 05 2024 | | | A | 8/15/2022 USPTO Second Substitute Declaration of Stephen Swinford Regarding Additional Information for the Petition to Revive the Application (360BOOTH-PA0002952 – 2954) (Dkt. 170-20) |

| Exhibit No. (DX)[1] | Date Identified | Date Admitted | Witness | Objections/Stipulated Admissions[2] | Description of Exhibit |
|---|---|---|---|---|---|
| 55 | AUG 05 2024 | | | FRE 402/403 | June 19, 2023 text messages about mediation (SWNFD4THTEXTS000258) |
| 56 | AUG 05 2024 | | | A | 9/23/2022 Email from Swinford to Mirabel (SWNFD4TH000197) |
| 57 | AUG 05 2024 | | | A | 9/23/2022 USPTO Decision Dismissing Petition for Earlier Filing Date (360BOOTH-PA0002928 – 2932) |
| 58 | AUG 05 2024 | | | A | 9/23/2022 USPTO Declaration of Eric Mirabel (360BOOTH-PA0002919 – 2920) (Dkt. 170-21) |
| 59 | AUG 05 2024 | | | A | 9/23/2022 Email from Mirabel to Swinford re: filing of Petition to Reconsider (SwnfdThird001345) |
| 60 | AUG 05 2024 | | | A | 9/23/2022 USPTO Request for Reconsideration of Petition Dismissal (360BOOTH-PA0002911 – 2912) |
| 61 | AUG 05 2024 | | | A | 9/23/2022 USPTO Declaration of Stephen Swinford Regarding Additional Information for the Petition For the Benefit of an Earlier Priority Date (360BOOTH-PA0002915 – 2918) (Dkt. 170-22) |
| 62 | AUG 05 2024 | | | A | 10/3/2022 USPTO Decision Granting Petition to Revive '650 Application (360BOOTH-PA0002908 – 2910) (Dkt. 170-23) |
| 63 | AUG 05 2024 | | | A | 10/12/2022 USPTO Decision Granting Petition for Earlier Filing Date (360BOOTH-PA0002892 – 2894) |
| 64 | AUG 05 2024 | | | A | 10/29/2022 Email from USPTO to Eric Mirabel re: '369 Patent (SwnfdThird001338 – 1339) |
| 65 | AUG 05 2024 | | | A | 11/30/2022 Email from Mirabel to Wong at USPTO re: Terminal Disclaimers (SwnfdThird001340) |

| Exhibit No. (DX)[1] | Date Identified | Date Admitted | Witness | Objections/Stipulated Admissions[2] | Description of Exhibit |
|---|---|---|---|---|---|
| 66 | AUG 05 2024 | | | A | 12/8/2022 Email from Mirabel to Swinford re: Allowance of new application for the '369 patent (SwnfdThird001342 – 1343) |
| 67 | AUG 05 2024 | | | A | 1/4/2023 Email from Mirabel to Swinford re: '369 patent petition (SwnfdThird001346) |
| 68 | AUG 05 2024 | | | A | 1/4/2023 USPTO Petition Requesting Corrected IDS (SwnfdThird001347 – 1348) |
| 69 | AUG 05 2024 | | | A | US Patent Application 2023/0164443 (360BOOTH0042906 – 42923) |
| 70 | AUG 05 2024 | | | A | 3/2/2023 USPTO Decision Denying Petition for Corrected IDS (360BOOTH-PA0002771 – 2774) |
| 71 (DD) | AUG 05 2024 | | | A | Plaintiff's Response to Defendants' Second Amended Counterclaims dated 7/31/2023 (Dkt. 141) |
| 72 (DD) | AUG 05 2024 | | | A | Defendants' Answer to Plaintiff's Fifth Amended Complaint and Second Amended Counterclaims dated 7/11/2023 (Dkt. 138) |
| 73 (DD) | AUG 05 2024 | | | A | Transcript of August 2, 2023 Hearing |
| 74 (DD) | AUG 05 2024 | | | A | 7/8/2022 Plaintiff's Responses to Defendants 1st Set of Requests for Admission to Plaintiff Stephen M. Swinford |
| 75 (DD) | AUG 05 2024 | | | A | 3/31/2023 Defendants' 2nd Requests for Admissions to Plaintiff Stephen M. Swinford |
| 76 (DD) | AUG 05 2024 | | | A | 9/1/2023 Plaintiff's Responses to 2nd Requests for Admission |
| 77 (DD) | AUG 05 2024 | | | A | 9/1/2023 Plaintiff's Responses to Defendants' 2nd Set of Interrogatories to Plaintiff Swinford |

| Exhibit No. (DX)[1] | Date Identified | Date Admitted | Witness | Objections/Stipulated Admissions[2] | Description of Exhibit |
|---|---|---|---|---|---|
| 78  (DD) | AUG 05 2024 | | | A | 9/5/2023 Plaintiff's Supplemental and Additional Documents Newly-Produced and Responsive to Defendants' 4th Set of Requests for Production (Dkt. 170-24) |
| 79  (DD) | AUG 05 2024 | | | A | 9/1/2023 Plaintiff's Responses to Defendants' 4th Set of Requests for Production |
| 80 | AUG 05 2024 | | | FRE 402/403 | Engagement Agreement between Eric Mirabel and Stephen Swinford dated 12/17/2021 (SWN1st2ndAdd001277 – 1289) |
| 81 | AUG 05 2024 | | | A | '320 Filing History (360BOOTH-PA0000014 – 169) (Dkt. 170-25) |
| 82 | AUG 05 2024 | | | A | '321 Filing History (360BOOTH-PA0000183 – 406) (Dkt. 170-26) |
| 83 | AUG 05 2024 | | | A | '369 Filing History (360BOOTH-PA0002771 – 3034) |
| 84 | AUG 05 2024 | | | FRE 402 | Woodforest National Bank Statement June to July 2017 (SWNFD4TH000212 – 219) |
| 85 | AUG 05 2024 | | | FRE 402 | Woodforest National Bank Statement August to September 2017 (SWNFD4TH000200 – 204) |
| 86 | AUG 05 2024 | | | A | Woodforest National Bank Statement September to October 2017 (SWNFD4TH000205 – 211) |
| 87 | AUG 05 2024 | | | A | US Patent 8,830,320 (360BOOTH-PA0000001 – 13) (Dkt. 170-27) |
| 88 | AUG 05 2024 | | | A | Email from Swinford to 360Booth dated 5/25/2012 (Exhibit H to Jay Smithweck's 3/21/2022 Declaration in Support of Defendants' Response to Preliminary Injunction Motion) (Dkt. 170-28) |

| Exhibit No. (DX)[1] | Date Identified | Date Admitted | Witness | Objections/Stipulated Admissions[2] | Description of Exhibit |
|---|---|---|---|---|---|
| 89 | AUG 05 2024 | | | A | Second Email including photographs of Outdoor Studio from September 2011 from Jay Smithweck to Swinford dated 5/27/2012 (Exhibit I to Jay Smithweck's 3/21/2022 Declaration in Support of Defendants' Response to Preliminary Injunction Motion) (Dkt. 170-29) |
| 90 | AUG 05 2024 | | | A | 2/2/2022 Email from Swinford to Mirabel forwarding Jay Smithweck's 5/27/2012 Email to Swinford (SwinfordFirst000183 – 184) (Dkt. 170-30) |
| 91 | AUG 05 2024 | | | A | 9/19/2012 Email from Mirabel to info@autoexact.com (Dkt. 170-31) |
| 92 | AUG 05 2024 | | | A | '740 File History (360BOOTH-PA0003035 – 3115) (Dkt. 170-32) |
| 93 | AUG 05 2024 | | | A | Mirabel Invoice No. 254 to Stephen Swinford dated 9/30/3014 (SWN1st2ndAdd001262) (Dkt. 170-33) |
| 94 | AUG 05 2024 | | | A | '864 File History (360BOOTH-PA0000427 – 566) (Dkt. 170-34) |
| 95 | AUG 05 2024 | | | A | US Patent 9,046,740 (360BOOTH-PA0000053 – 67) (Dkt. 170-35) |
| 96 | AUG 05 2024 | | | A | US Patent 9,438,864 (360BOOTH-PA0000407 – 426) (Dkt. 170-36) |
| 97 | AUG 05 2024 | | | A | US Patent 11,570,369 (360BOOTH-PA0002752 – 2770) |
| 98  (DD) | AUG 05 2024 | | | A | 9/11/2023 Deposition Transcript of Tiffany Swinford |
| 99  (DD) | AUG 05 2024 | | | A | 10/27/2023 Deposition Transcript of Eric Mirabel (Dkt. 170-37) |

| Exhibit No. (DX)[1] | Date Identified | Date Admitted | Witness | Objections/Stipulated Admissions[2] | Description of Exhibit |
|---|---|---|---|---|---|
| 100 (DD) | AUG 05 2024 | | | A | 3/21/2022 Declaration of Jay G. Smithweck in Support of Defendant's Response to Motion for Preliminary Injunction |
| 101 (DD) | AUG 05 2024 | | | A | 11/1/2023 Declaration of Stephen Swinford supporting Plaintiff's Motion for Summary Judgment of No Inequitable Conduct (Dkt. 170-38) |
| 102 | AUG 05 2024 | | | A | Stephen Swinford's Verizon Phone Records |
| 103 (DD) | AUG 05 2024 | | | A | 2/16/2022 Declaration of Stephen Swinford in Support of Plaintiff's Motion for Preliminary Injunction |
| 104 | AUG 05 2024 | | | A | 12/29/2012 Email from Mirabel to Swinford re: Autoexact.com (SWNFD4THSUPP000101 – 102) (Dkt. 170-39) |
| 105 | AUG 05 2024 | | | A | 10/30/2016 Email from Mirabel to Swinford re: Invoice to date maintaining filed applications (SWNFD4THSUPP000100) |
| 106 | Withdrawn | | | FRE 402/403; not produced before discovery cutoff | USPTO Website: Acceptance of delayed payment of a maintenance fee after expiration of the patent based on unintentional delay |
| 107 | AUG 05 2024 | | | A | US Patent 8,830,321 (360BOOTH-PA0000170 – 182) (Dkt. 170-40) |
| 108 | AUG 05 2024 | | | FRE 402/403 | Stephen Swinford's Verizon Phone Records May to June 2020 |
| 109 | AUG 05 2024 | | | FRE 408 | 11/22/2022 Email from Eric Mirabel to Christopher Evans, Kumar Vinnakota, and other Cole Schotz attorneys re: Settlement Offer Under FRCP 408 and search terms |

| Exhibit No. (DX)[1] | Date Identified | Date Admitted | Witness | Objections/Stipulated Admissions[2] | Description of Exhibit |
|---|---|---|---|---|---|
| 110 (DD) | AUG 05 2024 | | | FRE 402/403 | Chapter 2500 Maintenance Fees from Manual of Patent Examining Procedure (For Demonstrative Purposes Only) |
| 111 (DD) | AUG 05 2024 | | | A | 11/7/2023 Deposition Transcript of Stephen Swinford (Dkt. 170-41) |
| 112 | AUG 05 2024 | | | A | US Patent Provisional Application No. 61/311,875 |
| 113 (DD) | AUG 05 2024 | | | A | 8/8/2023 Plaintiffs Responses to Defendants 1st Set of Requests for Admission |
| 114 (DD) | AUG 05 2024 | | | A | 9/1/2023 Plaintiff's Responses to Defendants 2nd Set of Requests for Admission |
| 115 (DD) | AUG 05 2024 | | | A | 12/30/2022 Plaintiff's Responses to Defendants 1st Set of Interrogatories |
| 116 (DD) | AUG 05 2024 | | | A | 9/1/2023 Plaintiff's Responses to Defendants 2nd Set of Interrogatories |
| 117 (DD) | AUG 05 2024 | | | A | 8/8/2022 Plaintiff's CLEAN Amended Responses to Defendants 1st Requests for Production |
| 118 (DD) | AUG 05 2024 | | | A | 12/30/2022 Plaintiff's CLEAN Amended Responses to Defendants 1st Requests for Production |
| 119 (DD) | AUG 05 2024 | | | A | 12/30/2022 Plaintiff's Responses to Defendants 2nd Requests for Production |
| 120 (DD) | AUG 05 2024 | | | A | 1/19/2023 Plaintiff's Responses to Defendants 3rd Requests for Production |
| 121 (DD) | AUG 05 2024 | | | A | 9/1/2023 Plaintiff's Responses to Defendants 4th Requests for Production |
| 122 (DD) | AUG 05 2024 | | | A | 12/21/2023 Deposition Transcript of Stephen Swinford (Dkt. 170-42) |

| Exhibit No. (DX)[1] | Date Identified | Date Admitted | Witness | Objections/Stipulated Admissions[2] | Description of Exhibit |
|---|---|---|---|---|---|
| 123 (DD) | AUG 05 2024 | | | A | Plaintiff's Motion for Summary Judgment of No Inequitable Conduct (Dkt. 152) |
| 124 (DD) | AUG 05 2024 | | | A | Plaintiff's Reply to Defendants' Response re Summary Judgment (Dkt. 171) |
| 125 (DD) | AUG 05 2024 | | | A | Clarification of the Practice for Requiring Additional Information in Petitions Filed in Patent Applications and Patents Based on Unintentional Delay, 85 FR 12222-01 (360BOOTH0042924 – 42926) (For Demonstrative Purposes Only) |
| 126 (DD) | AUG 05 2024 | | | A | 37 CFR 1.378 (360BOOTH0042927 – 42928) (For Demonstrative Purposes Only) |
| 127 (DD) | AUG 05 2024 | | | A | 37 C.F.R. §1.56 (360BOOTH0042929 – 42931) (For Demonstrative Purposes Only) |
| 128 (DD) | AUG 05 2024 | | | A | 37 C.F.R. § 1.137(a) (360BOOTH0042932 – 42934) (For Demonstrative Purposes Only) |
| 129 (DD) | AUG 05 2024 | | | A | 37 C.F.R. § 1.20(e), (f), (g) (360BOOTH0042935 – 42940) (For Demonstrative Purposes Only) |
| 130 (DD) | AUG 05 2024 | | | A | 37 C.F.R. § 1.362(e)(1) (360BOOTH0042941 – 42943) (For Demonstrative Purposes Only) |
| 131 (DD) | AUG 05 2024 | | | A | 37 C.F.R. § 1.137(b)(4) (360BOOTH0042944 – 42946) (For Demonstrative Purposes Only) |
| 132 (DD) | AUG 05 2024 | | | A | 37 C.F.R. § 1.55(e) (360BOOTH0042947 – 42952) (For Demonstrative Purposes Only) |

| Exhibit No. (DX)[1] | Date Identified | Date Admitted | Witness | Objections/Stipulated Admissions[2] | Description of Exhibit |
|---|---|---|---|---|---|
| 133 (DD) | AUG 05 2024 | | | A | 37 C.F.R. § 1.78(c) and (e) (360BOOTH0042953 – 42959) (For Demonstrative Purposes Only) |
| 134 (DD) | AUG 05 2024 | | | A | Section 711.03(c) of the USPTO Manual of Patent Examining Procedure (MPEP) (9th Ed. February 2023) (360BOOTH0042960 – 42987) (For Demonstrative Purposes Only) |
| 135 (DD) | AUG 05 2024 | | | A | MPEP § 2001 (9th Ed. February 2023) (360BOOTH0042988 – 42993) (For Demonstrative Purposes Only) |
| 136 (DD) | AUG 05 2024 | | | A | MPEP § 2590 (9th Ed. February 2023) (360BOOTH0042994 – 42996) (For Demonstrative Purposes Only) |
| 137 (DD) | AUG 05 2024 | | | A | MPEP § 2001.06 (9th Ed. February 2023) (360BOOTH0042997 – 43000) (For Demonstrative Purposes Only) |
| 138 (DD) | AUG 05 2024 | | | A | MPEP § 201.08 (9th Ed. February 2023) (360BOOTH0043001 – 43002) (For Demonstrative Purposes Only) |
| 139 | AUG 05 2024 | | | | INTENTIONALLY LEFT BLANK |
| 140 | | | | A | US Patent 11,778,328 (360BOOTH0042887 – 42905) |
| 141 (DD) | AUG 05 2024 | | | A | MPEP § 2590 (9th Ed. January 2018) (360BOOTH0043003 – 43031) (For Demonstrative Purposes Only) |
| 142 (DD) | AUG 05 2024 | | | A | MPEP 711.03(c) (9th Ed. January 2018) (360BOOTH0043032 – 43420) (For Demonstrative Purposes Only) |

| Exhibit No. (DX)[1] | Date Identified | Date Admitted | Witness | Objections/Stipulated Admissions[2] | Description of Exhibit |
|---|---|---|---|---|---|
| 143 (DD) | AUG 05 2024 | | | A | MPEP § 2001 (9th Ed. January 2018) (360BOOTH0043421 – 43438) (For Demonstrative Purposes Only) |
| 144 (DD) | AUG 05 2024 | | | A | MPEP § 2001.06 (9th Ed. January 2018) (360BOOTH0043439 – 43442) (For Demonstrative Purposes Only) |
| 145 (DD) | AUG 05 2024 | | | A | MPEP § 201.08 (9th Ed. January 2018) (360BOOTH0043443 – 43560) (For Demonstrative Purposes Only) |
| 146 (DD) | AUG 05 2024 | | | A | MPEP § 2590 (9th Ed. June 2020) (360BOOTH0043561 – 43592) (For Demonstrative Purposes Only) |
| 147 (DD) | AUG 05 2024 | | | A | MPEP 711.03(c) (9th Ed. June 2020) (360BOOTH0043593 – 43897) (For Demonstrative Purposes Only) |
| 148 (DD) | AUG 05 2024 | | | A | MPEP § 2001 (9th Ed. June 2020) (360BOOTH0043898 – 43915) (For Demonstrative Purposes Only) |
| 149 (DD) | AUG 05 2024 | | | A | MPEP § 2001.06 (9th Ed. June 2020) (360BOOTH0043916 – 43919) (For Demonstrative Purposes Only) |
| 150 (DD) | AUG 05 2024 | | | A | MPEP § 201.08 (9th Ed. June 2020) (360BOOTH0043920 – 44038) (For Demonstrative Purposes Only) |
| 151 (DD) | AUG 05 2024 | | | A | Demonstrative Exhibit: '650 Application Revival Timeline (360BOOTH0043920 – 44039) |
| 152 (DD) | AUG 05 2024 | | | A | Demonstrative Exhibit: Email Subject Lines from Eric Mirabel (360BOOTH0044040) |

| Exhibit No. (DX)[1] | Date Identified | Date Admitted | Witness | Objections/Stipulated Admissions[2] | Description of Exhibit |
|---|---|---|---|---|---|
| 153 (DD) | AUG 05 2024 | | | A | Demonstrative Exhibit: 35 U.S.C.A. § 41 (Effective: September 16, 2012 to December 17, 2013) (360BOOTH0044041 – 44048) |
| 154 (DD) | AUG 05 2024 | | | A | Demonstrative Exhibit: 35 U.S.C.A. § 41 (Effective: December 29, 2002 to Current) (360BOOTH0044049 – 44055) |
| 155 (DD) | AUG 05 2024 | | | A | Demonstrative Exhibit: 55 Brake, LLC v. Audi of America, 011 WL 2173792 (2011) (360BOOTH0044056 – 44063) |
| 156 (DD) | AUG 05 2024 | | | A | Demonstrative Exhibit: 37 C.F.R. § 1.378 (Effective: to December 17, 2013) (360BOOTH0044064 – 44065) |
| 157 (DD) | AUG 05 2024 | | | A | Demonstrative Exhibit: In re Rembrandt Technologies LP Patent Litigation, 899 F.3d 1254 (2018) (360BOOTH0044066 – 44087) |
| 158 (DD) | AUG 05 2024 | | | A | Demonstrative Exhibit: Tenorshare UltData (360BOOTH0044088) |
| 159 (DD) | AUG 05 2024 | | | A | Demonstrative Exhibit: Plaintiff's Request for Withdrawal of Its Preliminary Injunction Motion (Dkt. 47) (360BOOTH0044089 – 44090) |
| 160 | AUG 05 2024 | | | | Emails between Mr. Corby and Mr. Swinford |